UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO: 6:15-cv-01086-CEM-KRS

MEGAN BARRIOS VAZQUEZ,

Plaintiff,

vs.

MEDICREDIT, INC. and
NPAS SOLUTIONS, LLC,

Defendants.

_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF MEICREDIT, INC. AND NPAS SOLUTIONS, LLC**

Plaintiff, Megan Barrios Vazquez, and Defendants, Medicredit, Inc. and NPAS Solutions, LLC, according to Fed. R. Civ. P. 41(a)(1)(ii) jointly stipulate to a dismissal with prejudice of Medicredit, Inc. and NPAS Solutions, LLC, in this action, with each party to bear its own attorney's fees and costs.

Dated: June 17, 2016                                Respectfully submitted,

| | |
|---|---|
| */s/ Monica Amor* | */s/ William J. Cantrell* |
| Monica Amor, Esquire | William J. Cantrell, Esquire |
| Florida Bar No. 0118664 | Florida Bar No. 0103254 |
| Law Offices of Monica Amor, P.A. | Primary E-mail: |
| 8950 SW 74th Court, Suite 2201 | william.cantrell@ogletreedeakins.com |
| Miami, FL 33156 | E-mail: tamdocketing@ogletreedeakins.com |
| Telephone: (786) 505-8272 | OGLETREE, DEAKINS, NASH, SMOAK |
| Facsimile: (888) 460-7585 | & STEWART, P.C. |
| mamor@amorlaw.com | 100 North Tampa Street, Suite 3600 |
| *Attorneys for Plaintiff* | Tampa, FL  33602 |
| | Telephone:  813.289.1247 |
| | Facsimile:  813.289.6530 |
| | *Attorneys for Defendants* |

25172412.1