UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MEGAN BARRIOS VAZQUEZ,**

      **Plaintiff,**

v.                                      **Case No: 6:15-cv-1086-Orl-41KRS**

**MEDICREDIT, INC. and NPAS SOLUTIONS, LLC,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 20, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record